UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DINA HUGHES, *Plaintiff* | ) ) ) |
| v. | ) ) |
| UBER TECHNOLOGIES, INC and RASIER, LLC; *Defendants* | ) ) ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Uber Technologies, Inc., and Rasier, LLC (collectively "Defendants") hereby give notice of the removal of this action, which is currently pending in the Judicial District of Middlesex at Middletown, captioned *Dina Hughes v. Rasier LLC et al*, Civil Docket No. MMX-CV-6030453-S to the United States District Court for the District of Connecticut. As grounds for removal, Defendants state as follows:

1. Defendants remove this case on the basis of diversity jurisdiction, on the grounds that there is complete diversity of citizenship among the parties to this litigation and the amount in controversy exceeds $75,000 exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.").

## BACKGROUND

2. Plaintiff Dina Hughes ("Plaintiff") filed a complaint ("Complaint") in the Judicial District of Middlesex at Middletown with a return date of March 9, 2021, naming the following as defendants: Uber Technologies, Inc. ("Uber"), and Rasier, LLC

("Rasier"),   A copy of the Summons and Complaint in the State court action is attached hereto as **Exhibit A**.

3. Plaintiff alleges in her Complaint that she sustained injuries when she was traveling in a northerly direction on Route 9, in Middletown, Connecticut of July 9, 2019. Complaint, paragraph 3.   Plaintiff asserts negligence against the defendants, stating that they are somehow liable for an unidentified driver. *Id*. at paragraphs 3-5.

4. Plaintiff further alleges an unidentified driver was an agent, servant, or employee of Uber,  and/or Rasier, LLC.   *Id*.

## TIMELINESS OF REMOVAL

5. Uber was served with Plaintiff's Complaint on or about February 8, 2021. *Id*.

6. Rasier was served with Plaintiff's Complaint on or about February 8, 2021. *Id*.

7. This Notice of Removal is timely because it is filed within 30 days from the date that the last defendant received service of the Complaint.  *See* 28 U.S.C. §§ 1441(e), 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 348 (removal period triggered by service).

## DIVERSITY OF CITIZENSHIP

8. Complete diversity of citizenship exists in this matter because all defendants are citizens of different States from Plaintiff.  *See* 28 U.S.C. § 1332(a).

9. Plaintiff is a resident of Connecticut, and a U.S. citizen. See Affidavit of Kevin J. O'Leary, attached hereto as **Exhibit B**, paragraph 1.

10. At the time of the filing of the Complaint, Uber was, and currently is, a corporation formed under the laws of the State of Delaware with its principal place of business

located at 1455 Market Street, 4th Floor, San Francisco, CA 94103. See affidavit of Chad Dobbs, attached hereto as **Exhibit C,** initially filed in this Court in the matter of *DePena v. Uber* et al, Case 3:18-cv-02104-RNC Document 1-3 Filed 12/21/18.

11. At the time of the filing of the Complaint, Rasier, LLC was, and currently is, a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1455 Market Street, 4th Floor, San Francisco, CA 94103. Rasier's sole member is Uber. *Id.*

12. There is complete diversity between Plaintiff and the two defendants in this action. *See* 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY

13. Based on Plaintiff's allegations, the amount in controversy in this case exceeds the jurisdictional minimum of $75,000 required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

14. Plaintiff alleges that, as a result of the motor vehicle collision on July 9, 2019, she sustained lumbar pain, cervical pain, left leg pain, myofascial pain syndrome, left sacroiliac joint dysfunction and other permanent injuries. *See* Complaint, p. 6.

15. Plaintiff alleges in her Statement of Amount in Demand that monetary damages are in excess of $15,000. *Id*. at p. 20.

16. Plaintiff asserts that she has sustained up to $45,475.51 in medical bills and will continue to require medical treatment. **Exhibit B**, paragraph 2.

17. Thus, it is apparent from Plaintiff's Complaint and Statement of Amount in Demand that Plaintiff's alleged damages exceed the $75,000 amount necessary to establish diversity jurisdiction.

## ALL PROCEDURAL PREREQUISITES TO REMOVAL HAVE BEEN MET

18. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendants are filing this Notice of Removal in the federal district court for the district within which the State court complaint was filed.

19. Pursuant to 28 U.S.C. § 1446(a), Defendants attach all process, pleadings, and orders that have been filed, served or received by Defendants in this action as **Exhibit A**.

20. Pursuant to 28 U.S.C. § 1391, venue is proper in the United States District Court for the District of Connecticut, as the Complaint in this action was filed in the Judicial District of Middlesex at Middletown..

21. Defendants will give written notice of the filing of this Notice of Removal to all other parties and will file a copy of this Notice of Removal with the Clerk of the Judicial District of Stamford-Norwalk, as required by 28 U.S.C. § 1446(d).

22. In removing this action, Defendants do not intend to waive any rights or defenses to which they are otherwise entitled under the Federal Rules of Civil Procedure.

23. Based upon the record submitted with this notice, this Court has jurisdiction over Plaintiff's claims and the Complaint is properly removed to this Court.

WHEREFORE, Defendants Uber Technologies, Inc. and Rasier, LLC respectfully request that this action proceed in the United States District Court for the District of Connecticut, as an action properly removed from state court.

                                  Respectfully submitted by,
                                  Defendants
                                  UBER TECHNOLOGIES, INC., and
                                  RASIER, LLC
                                  By their attorneys,

                                  /s/ Lesley P. Chuang
                                  _____
                                  Kevin J. O'Leary, ct30271
                                  Lesley P. Chuang, ct29468
                                  COUGHLIN BETKE LLP
                                  175 Federal Street
                                  Boston, MA 02110
                                  (617) 988-8050
                                  koleary@coughlinbetke.com
                                  lchuang@coughlinbetke.com

Dated: March 8, 2021

## **CERTIFICATION**

     I, Lesley P. Chuang, hereby certify that on March 8, 2021, I served a copy of the foregoing notice of removal by mail, postage prepaid upon the parties listed below. Notice of the filing will be sent by email to all by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's ECF system.

Shelby Murphy, Esq.
Kennedy, Johnson, Schwab & Roberge
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511

                                  /s/ Lesley P. Chuang
                                  _____
                                  Lesley P. Chuang, Esq.