**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| | |
|---|---|
| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov |



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code)<br>1 Court Street, Middletown, CT 06457 | Telephone number of clerk<br>(860) 343-6400 | Return Date (Must be a Tuesday)<br>03/09/2021 |
|---|---|---|
| ☒ Judicial District         G.A.<br>☐ Housing Session   ☐ Number: ___   At (City/Town) **Middletown** | | Case type code (See list on page 2)<br>Major: **V**   Minor: **01** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>Kennedy, Johnson, Schwab & Roberge, 555 Long Wharf Drive, 13th Fl, New Haven, CT 06511 | Juris number (if attorney or law firm)<br>106077 |
|---|---|
| Telephone number<br>(203) 865-8430 | Signature of plaintiff (if self-represented) |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: **HUGHES, DINA**<br>Address: **26 Staba Drive, Higganum, CT** | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: **RASIER, LLC d/b/a Uber c/o Agent for Service: C T CORPORATION SYSTEM**<br>Address: **67 Burnside Avenue, East Hartford, CT 06108** | D-01 |
| Additional defendant | Name: **UBER TECHNOLOGIES, INC., c/o Agent for Service: C T CORPORATION SYSTEM**<br>Address: **67 Burnside Avenue, East Hartford, CT 06108** | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |
| Total number of plaintiffs: 1 | Total number of defendants: 2   ☐ Form JD-CV-2 attached for additional parties | |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>02/05/2021 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>**Shelby L. Murphy** |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| | | For Court Use Only |
|---|---|---|
| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | File Date |
| | Date | Docket Number |

Page 1 of 2

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Summary Process (Eviction) actions
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 60 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | | | |
| | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 10 | Redevelopment Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 20 | Other State or Municipal Agencies | | T 12 | Defective Premises - Public - Other |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 20 | Products Liability - Other than Vehicular |
| | E 90 | All other | | T 28 | Malpractice - Medical |
| | | | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| **RETURN DATE:** March 9, 2021 | : | **SUPERIOR COURT** |
| **DINA HUGHES** | : | **J.D. OF MIDDLESEX** |
| **V.** | : | **AT MIDDLETOWN** |
| **RASIER LLC D/B/A UBER, ET AL** | : | **FEBRUARY 5, 2021** |

## COMPLAINT

**FIRST COUNT:**   *Dina Hughes v. Rasier LLC d/b/a Uber*

1.  At all times mentioned herein, the defendant, RASIER, LLC D/B/A UBER ("UBER"), was, and continues to be, a foreign limited liability company which was authorized to do business in the State of Connecticut.

2.  On or about July 9, 2019, at approximately 4:45 p.m., the plaintiff, DINA HUGHES, was a passenger in a motor vehicle being operated by an unknown agent, servant, and/or employee of the defendant, UBER, traveling in a northerly direction on Route 9 in Middletown, Connecticut.

3.  At said time and said place, the unknown operator was operating said motor vehicle within the scope of his or her employment and/or official duties with the business of the defendant, UBER.

4.  At said date and time, the unknown agent, servant, and/or employee of the defendant, UBER, suddenly and without warning, rear ended a motor vehicle that was stopped

for traffic, thereby causing the plaintiff, DINA HUGHES, the injuries, damages, and losses set forth herein.

5.  The aforementioned collision, and the personal injuries and losses sustained and suffered by the plaintiff, DINA HUGHES, were caused by the negligence and carelessness of the defendant UBER, acting through its agent, servant, and/or employee, in one or more of the following ways:

   a) IN THAT he/she was inattentive and failed to keep a reasonable and proper lookout on said roadway at said time and place;

   b) IN THAT he/she failed to sound her horn or give a timely warning of the impending collision;

   c) IN THAT he/she operated the vehicle at a greater speed than the circumstanced warranted;

   d) IN THAT he/she failed to apply the brakes in time to avoid said collision, although by a proper and reasonable exercise of his/her faculties he/she could, and should, have done so;

   e) IN THAT he/she operated said vehicle with defective or inadequate brakes, in violation of §14-80h (b) of the Connecticut General Statutes;

   f) IN THAT he/she failed to keep said vehicle under reasonable and proper control;

    g) IN THAT he/she failed to turn said vehicle in time to avoid a collision;

    h) IN THAT he/she operated said vehicle at a greater rate of speed than the circumstances warranted;

    i) IN THAT he/she followed the vehicle in front of him/her too closely in violation of Conn. Gen. Stats. § 14-240.

6. As a direct and proximate result of the carelessness and negligence of the defendant, the plaintiff, DINA HUGHES, sustained the following injuries and damages, from which she sustained pain and suffering and some or all of which may be permanent in nature:

    a) Aggravation of a preexisting injury and/or condition to the lumbar spine;

    b) Aggravation of a preexisting injury and/or condition to the cervical spine;

    c) Chronic lower back pain;

    d) Cervical pain;

    e) Left leg pain;

    f) Lumbosacral radiculitis;

    g) Left gluteal tendinopathy;

    h) Gluteal myofascial pain syndrome;

    i) Left sacroiliac joint dysfunction.

7. As a further result thereof, the plaintiff DINA HUGHES, has been forced to incur financial obligations for medical care and treatment, diagnostic studies, physical therapy, medicines, and the like, and may be obligated for further such sums in the future.

8. As a further result thereof, the plaintiff, DINA HUGHES, has been, and in the future will likely continue to be, unable to pursue her usual activities to the same extent as prior to the accident, all to her further loss and detriment.

**SECOND COUNT:** *Dina Hughes v. Uber Technologies, Inc.*

1. At all times mentioned herein, the defendant, UBER TECHNOLOGIES, INC., was, and continues to be, a foreign corporation with its principal place of business in California authorized to conduct business in the State of Connecticut.

2. On or about July 9, 2019, at approximately 4:45 p.m., the plaintiff, DINA HUGHES, was a passenger in a motor vehicle being operated by an unknown agent, servant, and/or employee of the defendant, UBER TECHNOLOGIES, INC., traveling in a northerly direction on Route 9 in Middletown, Connecticut.

3. At said time and said place, the unknown operator was operating said motor vehicle within the scope of his or her employment and/or official duties with the business of the defendant, UBER TECHNOLOGIES, INC.

4. At said date and time, the unknown agent, servant, and/or employee of the defendant, UBER TECHNOLOGIES, INC., suddenly and without warning, rear ended a motor vehicle that was stopped for traffic, thereby causing the plaintiff, DINA HUGHES, the injuries, damages, and losses set forth herein.

5. The aforementioned collision, and the personal injuries and losses sustained and suffered by the plaintiff, DINA HUGHES, were caused by the negligence and carelessness of the defendant UBER, acting through its agent, servant, and/or employee, in one or more of the following ways:

   a) IN THAT he/she was inattentive and failed to keep a reasonable and proper lookout on said roadway at said time and place;

   b) IN THAT he/she failed to sound her horn or give a timely warning of the impending collision;

   c) IN THAT he/she operated the vehicle at a greater speed than the circumstanced warranted;

   d) IN THAT he/she failed to apply the brakes in time to avoid said collision, although by a proper and reasonable exercise of his/her faculties he/she could, and should, have done so;

   e) IN THAT he/she operated said vehicle with defective or inadequate brakes, in violation of §14-80h (b) of the Connecticut General Statutes;

f) IN THAT he/she failed to keep said vehicle under reasonable and proper control;

g) IN THAT he/she failed to turn said vehicle in time to avoid a collision;

h) IN THAT he/she operated said vehicle at a greater rate of speed than the circumstances warranted;

i) IN THAT he/she followed the vehicle in front of him/her too closely in violation of Conn. Gen. Stats. § 14-240.

6. As a direct and proximate result of the carelessness and negligence of the defendant, the plaintiff, DINA HUGHES, sustained the following injuries and damages, from which she sustained pain and suffering and some or all of which may be permanent in nature:

a) Aggravation of a preexisting injury and/or condition to the lumbar spine;

b) Aggravation of a preexisting injury and/or condition to the cervical spine;

c) Chronic lower back pain;

d) Cervical pain;

e) Left leg pain;

f) Lumbosacral radiculitis;

g) Left gluteal tendinopathy;

h) Gluteal myofascial pain syndrome;

i) Left sacroiliac joint dysfunction.

7. As a further result thereof, the plaintiff DINA HUGHES, has been forced to incur financial obligations for medical care and treatment, diagnostic studies, physical therapy, medicines, and the like, and may be obligated for further such sums in the future.

8. As a further result thereof, the plaintiff, DINA HUGHES, has been, and in the future will likely continue to be, unable to pursue her usual activities to the same extent as prior to the accident, all to her further loss and detriment.

**WHEREFORE**, the plaintiff, DINA HUGHES, claims money damages.

Dated at: New Haven, Connecticut this 5th day of February, 2021.

THE PLAINTIFF,

BY _____
Shelby L. Murphy, Esq.
Kennedy, Johnson, Schwab & Roberge
555 Long Wharf Drive
13th Floor
New Haven, CT 06511
T: (203) 865-8430
F: (203) 865-5345

| | | |
|---|---|---|
| **RETURN DATE:** March 9, 2021 | : | **SUPERIOR COURT** |
| **DINA HUGHES** | : | **J.D. OF MIDDLESEX** |
| **V.** | : | **AT MIDDLETOWN** |
| **RASIER LLC D/B/A UBER, ET AL** | : | **FEBRUARY 5, 2021** |

## STATEMENT OF AMOUNT IN DEMAND

The plaintiff claims compensatory damages within the jurisdiction of this Court in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

THE PLAINTIFF,

BY _____
Shelby L. Murphy, Esq.
Kennedy, Johnson, Schwab & Roberge
555 Long Wharf Drive
13th Floor
New Haven, CT 06511
T: (203) 865-8430
F: (203) 865-5345

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — See Back/Page 2

## Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

**Return date:** Mar-09-2021
**Docket number:** MMX-CV-21-6030453-S

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
HUGHES, DINA  v. RASIER, LLC Et Al

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number ___ | **Address of Court** *(Number, street, town and zip code)*  1 COURT STREET MIDDLETOWN, CT 06457-3374 |

**Scheduled Court date** *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

**Name of self-represented party** *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
KEVIN J OLEARY

**Juris number of attorney or firm:** 437692

**Mailing Address** *(Number, street)* *(Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
175 FEDERAL STREET SUITE 1450

**Post office box:**
**Telephone number** *(Area code first):* 6179888045

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| BOSTON | MA | 02110 | 6179888005 | koleary@coughlinbetke.com |

in the case named above for: ("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: ___
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only: ___
☐ Other *(Specify):* ___
☐ This is a Family Matters case and my appearance is for: ("x" one or both)
  ☐ matters in the Family Division of the Superior Court     ☐ Title IV-D Child Support matters

**Note:** If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* ___
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☒ Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 437692 | KEVIN J OLEARY | Mar 02 2021 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Mar 02 2021** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

**Name and address of each party and attorney that copy was mailed or delivered to***
KENNEDY JOHNSON SCHWAB & ROBERGE LLC - 555 LONG WHARF DRIVE/13TH FLOOR/NEW HAVEN, CT 06511

*For Court Use Only*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 437692 | KEVIN J OLEARY | Mar 02 2021 | 6179888045 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for MMX-CV-21-6030453-S**

**Submitted By KEVIN J OLEARY (437692)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 RASIER, LLC

Pty# D-02 UBER TECHNOLOGIES, INC.

***** End of Party List *****

STATE OF CONNECTICUT:
                          : ss: EAST HARTFORD          FEBRUARY 8, 2021
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of SIERRA CHANDLER, INTAKE SPECIALIST OF CT CORPORATION SYSTEM, 67 BURNSIDE AVE, AGENT FOR SERVICE and duly authorized to accept service for the within named defendant **RASIER, LLC, D/B/A UBER,** in the said town of EAST HARTFORD, County of Hartford.

And also, on the 8TH day of FEBRUARY, 2021, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of SIERRA CHANDLER, INTAKE SPECIALIST OF CT CORPORATION SYSTEM, 67 BURNSIDE AVE, AGENT FOR SERVICE and duly authorized to accept service for the within named defendant **UBER TECHNOLOGIES, INC.,** in the said town of EAST HARTFORD, County of Hartford.

The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

| | |
|---|---|
| Verified pages | $20.00 |
| Endorsements | 2.80 |
| Service | 60.00 |
| Travel | .58 |
| Total | $83.38 |

ATTEST

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280867 • EAST HARTFORD, CONNECTICUT 06128-0867 • OFFICE: (860) 610-0295