# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PAMELA DE PENA, EXECUTRIX OF THE )
ESTATE OF MANUEL DE PENA )
)
*Plaintiff* )
)
v. )
)
UBER TECHNOLOGIES, INC.; RASIER, LLC; )
RASIER-NY, LLC; AKHTAR & SONS, INC.; )
BSD TWO, INC.; and MANPREET SINGH )
)
*Defendants* )

## AFFIDAVIT

I, Chad Dobbs, state that the following is true to the best of my information, knowledge, and belief:

1. I am a Senior Operations And Logistics Manager at Uber Technologies, Inc. I have personal knowledge of the information contained in this affidavit and I am authorized to execute this affidavit on behalf of Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-NY, LLC.

2. Uber Technologies, Inc. is a corporation formed under the laws of the State of Delaware with its principal place of business located at 1455 Market Street, 4th Floor, San Francisco, CA 94103.

3. Rasier, LLC is a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1455 Market Street, 4th Floor, San Francisco, CA 94103.

4. Rasier, LLC's sole member is Uber Technologies, Inc.

1

5. Rasier-NY, LLC is a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1455 Market Street, 4th Floor, San Francisco, CA 94103.

6. Raiser-NY, LLC's sole member is Rasier, LLC.

Signed under the pains and penalties of perjury on December 16, 2018 _____.

*Chad Dobbs*

Chad Dobbs

2